No. 82–940. HISHON *v.* KING & SPALDING. C. A. 11th Cir. [Certiorari granted, 459 U. S. 1169.] Motion of New England Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 82–1143. MILLER ELECTRIC CO. ET AL. *v.* NATIONAL CONSTRUCTORS ASSN. ET AL.;
No. 82–1146. NATIONAL ELECTRICAL CONTRACTORS ASSN., INC., ET AL. *v.* NATIONAL CONSTRUCTORS ASSN. ET AL.; and
No. 82–1147. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (AFL–CIO) ET AL. *v.* NATIONAL CONSTRUCTORS ASSN. ET AL. C. A. 4th Cir. Motion of the parties to defer consideration of the petitions for writs of certiorari granted. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 82–1432. PULLIAM, MAGISTRATE FOR THE COUNTY OF CULPEPER, VIRGINIA *v.* ALLEN ET AL. C. A. 4th Cir. [Certiorari granted, 461 U. S. 904.] Motion of American Bar Association for leave to file a brief as *amicus curiae* granted.

No. 82–1633. HOSPITAL BUILDING CO. *v.* TRUSTEES OF REX HOSPITAL ET AL.; and
No. 82–1762. TRUSTEES OF REX HOSPITAL ET AL. *v.* HOSPITAL BUILDING CO. C. A. 4th Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.